# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

ROBERT DIXON DUNN,
  aka "Robert William Bligh,"

       Defendant.

Case No. 2:18-cr-00349-JAD-DJA

**Order Granting  Motion to Dismiss the Indictment Without Prejudice [ECF No. 11]**

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the indictment against defendant Robert Dixon Dunn.

TODD BLANCHE
Deputy Attorney General

*/s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the charges against defendant have been dismissed, it is hereby ordered that the warrant in this case for defendant's arrest is quashed.

DATED this 23rd day of January, 2026.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE